UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | )  No. 4:14CV267 CDP |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

In accordance with plaintiff's representation made in open court this date,

**IT IS HEREBY ORDERED** that plaintiff's oral motion to dismiss this case with prejudice is GRANTED.

**IT IS FURTHER ORDERED** that this case is DISMISSED WITH PREJUDICE; each party to bear its own costs.

**IT IS FURTHER ORDERED** that all motions pending in this case are DENIED AS MOOT.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2016.